# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT WINCHESTER

| | |
|---|---|
| MATTHEW DAVID BENNETT, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>BEDFORD COUNTY TENNESSEE, *et al.*, )<br>)<br>*Defendants*. ) | Case No. 4:22-cv-51<br><br>Judge Atchley<br><br>Magistrate Judge Steger |

## JUDGMENT

The Honorable Charles E. Atchley, Jr., United States District Judge, having dismissed this action pursuant to Federal Rule of Civil Procedure 41(b),

It is **ORDERED AND ADJUDGED** that this action be, and hereby is, **DISMISSED WITHOUT PREJUDICE**.

*/s/ LeAnna R. Wilson*
LeAnna R. Wilson
CLERK OF COURT